## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Adkisson, et al.

                        Plaintiff,

v.                                         Case No.: 1:22−cv−00063
                                                          Honorable Harry D. Leinenweber

Theresa A. Eagleson, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 29, 2023:

      MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic conference and ruling on motion hearing held. For the reasons stated herein the Court denies Plaintiffs' Motion to Strike Lithila's affidavit. Named Plaintiffs' claims were moot as of November 2022, six (6) months before Named Plaintiffs filed a Motion for Class Certification. Under Primax, the potential class members' claims were thus not preserved and Plaintiffs' Motion for Class Certification and Unnamed Putative Class Members' Motion to Intervene are dismissed as moot. 324 F.3d 544, 546−47 (7th Cir. 2003). The case is dismissed without prejudice. Civil case terminated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.